IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRITNI ROCHELLE MILLER,<br><br>　　　　　　Defendant. | 8:20CR210<br><br>ORDER |

　　　　This matter is before the Court on the government's Motion to Dismiss (Filing No. 36). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 26) without prejudice as to defendant Britni Rochelle Miller. The Court finds the Motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 36) is granted.
2. The Petition for Offender Under Supervision (Filing No. 26) is hereby dismissed without prejudice.
3. Britni Rochelle Miller's previously imposed conditions of supervision remain in effect.

Dated this 16th day of March 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge